258 So.2d 382

**Ambrose THERIOT et al.**

v.

**LA-TERRE COMPANY, Inc.**

No. 52222.

March 8, 1972.

In re: Ambrose Theriot, et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Terrebonne. 256 So.2d 710.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

258 So.2d 382

**Richard J. DUNN**

v.

**PARISH OF JEFFERSON.**

No. 52226.

March 8, 1972.

In re: Parish of Jefferson applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 256 So.2d 664.

Writ denied. The result is correct.